UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON MICHAEL HAYNES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YAKIMA COUNTY DEPARTMENT OF CORRECTIONS and CENTRAL WASHINGTON COMPREHENSIVE MENTAL HEALTH,<br><br>　　　　　Defendants. | NO.  CV-08-3040-RHW<br><br>ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION |

By Order filed July 1, 2008, the Court directed Mr. Haynes, formerly a prisoner at the Yakima County Department of Corrections, now residing in Kent, Washington, to submit an appropriate *in forma pauperis* application, based on his release from incarceration.

Although granted the opportunity to do so, Plaintiff has not complied with the filing fee provisions of 28 U.S.C. § 1915(a), or paid the $350.00 filing fee.  Therefore, **IT IS ORDERED** Plaintiff's request for leave to proceed *in forma pauperis* is **DENIED** and this action is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**  The District Court Executive is directed to

//

//

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 1

enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

**DATED** this 7th day of August, 2008.

*S/ Robert H. Whaley*
ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\Haynes\8cv3040rhw-8-1-denyifpdismiss.wpd

ORDER DENYING *IN FORMA PAUPERIS* STATUS AND DISMISSING ACTION -- 2